# LAW OFFICE OF KENNETH J. MONTGOMERY P.L.L.C.
# 198 ROGERS AVENUE
# BROOKLYN, NEW YORK 11225
# PH (718) 403-9261 FAX (347) 402-7103
# ken@kjmontgomerylaw.com

January 11, 2018

**By ECF**
The Honorable Lorna G. Schofield
United States District Judge
Southern District of New York
40 Foley Square
New York, New York 11201

                        **RE: United States v. Daryl Campbell**
                        **Criminal Docket 17 Cr. 112 (LGS)**

Dear Judge Schofield:

     This letter is to inform the Court and the Government that in the matter of the People of the State of New York v. Daryl Campbell (Indictment No. 2334/2017), the case has been adjourned to 1/24/18 for continued discovery.

     I will give the Court another status update on 1/24/18 after the matter has been adjourned.

     Thank you for your time and consideration in this matter.

                                            Respectfully,

                                            *Kenneth J. Montgomery*
                                            *Attorney for Daryl Campbell*
                                            198 Rogers Avenue
                                            Brooklyn, New York 11225