# LAW OFFICE OF KENNETH J. MONTGOMERY P.L.L.C.
## 198 ROGERS AVENUE
## BROOKLYN, NEW YORK 11225
## PH (718) 403-9261 FAX (347) 402-7103
### ken@kjmontgomerylaw.com

February 13, 2019

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 2/13/2019
```

**By ECF**

The Honorable Lorna G. Schofield
United States District Judge
Southern District of New York
40 Foley Square
New York, New York 11201

**RE: United States v. Daryl Campbell**
**Criminal Docket 17 Cr. 112 (LGS)**

Dear Judge Schofield:

　　The state matter in New York County scheduled for trial regarding my client Mr. Campbell has been adjourned to April 10, 2019.

　　Thank you for your time and consideration in this matter.

Respectfully,

*Kenneth J. Montgomery*
*Attorney for Daryl Campbell*
198 Rogers Avenue
Brooklyn, New York 11225

Defendant shall file status letter on April, 12 2019, informing the Court of the status of the State Court matter. The Clerk of the Court is directed to terminate the letter motion at docket number 48.

Dated: February 13, 2019
New York, New York

SO ORDERED

*[signature]*
HON. LORNA G. SCHOFIELD
UNITED STATES DISTRICT JUDGE