# LAW OFFICE OF KENNETH J. MONTGOMERY P.L.L.C.
# 198 ROGERS AVENUE
# BROOKLYN, NEW YORK 11225
# PH (718) 403-9261 FAX (347) 402-7103
# ken@kjmontgomerylaw.com

June 12, 2019

**By ECF**
The Honorable Lorna G. Schofield
United States District Judge
Southern District of New York
40 Foley Square
New York, New York 11201

        **RE: United States v. Daryl Campbell**
        **Criminal Docket 17 Cr. 112 (LGS)**

Dear Judge Schofield:

    Mr. Campbell's State Court matter is adjourned to June 12, 2019, for a control date and to schedule trial.

    Thank you for your time and consideration to this matter.

        Respectfully,
        *Kenneth J. Montgomery*
        *Attorney for Daryl Campbell*
        198 Rogers Avenue
        Brooklyn, New York 11225