# LAW OFFICE OF KENNETH J. MONTGOMERY P.L.L.C.
# 198 ROGERS AVENUE
# BROOKLYN, NEW YORK 11225
# PH (718) 403-9261 FAX (347) 402-7103
## ken@kjmontgomerylaw.com

January 17, 2020

<pre>
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 01/21/2020
</pre>

By ECF
The Honorable Lorna G. Schofield
United States District Judge
Southern District of New York
40 Foley Square
New York, New York 11201

      RE: United States v. Daryl Campbell
      Criminal Docket 17 Cr. 112 (LGS)

Dear Judge Schofield:

  As a result of current New York State Discovery laws that went into effect January 1st Mr. Campbell's trial has been scheduled for March 5, 2020 in order for the Manhattan District Attorney's office to be in full compliance.

  Additionally, Mr. Campbell was recently writted into state custody for his state trial. I have corresponded with the government and we are both in agreement that there are no jurisdictional issues at this time regarding his custody, and 18 U.S.C. Sec. 3585 should control regarding the credit that Mr. Campbell receives regarding his federal custody.

  Thank you for your time and consideration to this matter.

The parties shall file (1) a status letter on or before March 5, 2020, indicating whether Defendant's state trial has commenced, and (2) a further status letter at the conclusion of the state trial. The Clerk of the Court is respectfully directed to terminate the letter motion at docket number 58.

Dated: January 21, 2020
   New York, New York

Respectfully,
*Kenneth J. Montgomery*
Attorney for Daryl Campbell
198 Rogers Avenue
Brooklyn, New York 11225

LORNA G. SCHOFIELD
UNITED STATES DISTRICT JUDGE