```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
                                                             :
UNITED STATES OF AMERICA,                                    :
                              Plaintiff,                     :
                                                             :    17 Cr. 112 (LGS)
            -against-                                        :
                                                             :    ORDER
DARYL CAMPBELL,                                              :
                              Defendant,                     :
                                                             :
-------------------------------------------------------------X
```

LORNA G. SCHOFIELD, District Judge:

WHEREAS the parties were directed to file a status letter on May 15, 2020 and no letter has been filed. It is hereby

**ORDERED** that the parties shall file a status letter appraising the Court of the status of this matter by May 21, 2020**.**

Dated: May 19, 2020
       New York, New York

_____
**LORNA G. SCHOFIELD**
**UNITED STATES DISTRICT JUDGE**