UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------X
                                                            :
UNITED STATES OF AMERICA,                                   :
                                    Plaintiff,              :
                                                            :          17 Cr. 112 (LGS)
                    -against-                                :
                                                            :          ORDER
DARYL CAMPBELL,                                             :
                                    Defendant,              :
                                                            :
------------------------------------------------------------ X

LORNA G. SCHOFIELD, District Judge:

       WHEREAS the parties were directed to file a status letter on June 27, 2020 and no

letter has been filed.  It is hereby

       **ORDERED** that the parties shall file a status letter appraising the Court of the status of

this matter by **July 2, 2020.**

Dated: June 30, 2020
      New York, New York

                          LORNA G. SCHOFIELD
                     UNITED STATES DISTRICT JUDGE