UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------- X
                                                                   :
UNITED STATES OF AMERICA,          :
                     Plaintiff,   :
                                  :        17 Cr. 112 (LGS)
            -against-              :
                                  :        <u>ORDER</u>
DARYL CAMPBELL,                  :
                     Defendant,  :
                                                  :
------------------------------------------------------------- X

LORNA G. SCHOFIELD, District Judge:

      WHEREAS the parties were directed to file a status letter on July 1, 2021, and no letter has been filed. It is hereby

      **ORDERED** that the parties shall file a status letter appraising the Court of the status of this matter by **July 9, 2021.**

Dated: July 7, 2021
       New York, New York

                                                       LORNA G. SCHOFIELD
                                               UNITED STATES DISTRICT JUDGE