

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York  10007*

December 16, 2021

**BY ECF**
The Honorable Lorna G. Schofield
United States District Judge
Southern District of New York
40 Foley Square
New York, NY 10007

Re:   *United States* v. *Daryl Campbell*, 17 Cr. 112 (LGS)

Dear Judge Schofield:

The parties jointly submit this status letter pursuant to the Court's order.   The defendant's state trial is now scheduled to commence on March 7, 2021.  The parties therefore propose to update this Court by joint letter on June 7, 2021, based on the current forecast for the length of the state trial.

Respectfully submitted,

Damian Williams
United States Attorney

By:   ____/s/_____
Hagan Scotten
Assistant U. S. Attorney
(212) 637-2410

Daryl Campbell
Defendant

By:   ___/s/_____
Kenneth J. Montgomery, Esq.
Counsel for Daryl Campbell
(718) 403-9261

Application Granted in part.  The parties shall file a joint status letter on  **May 2, 2022**.

Dated: December 20, 2021
New York, New York

_____
**LORNA G. SCHOFIELD**
**UNITED STATES DISTRICT JUDGE**