UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
    UNITED STATES OF AMERICA,

                      -against-

    DARYL CAMPBELL,
                              Defendant.
------------------------------------------------------------X

17 Cr. 112 (LGS)

ORDER

LORNA G. SCHOFIELD, District Judge:

    WHEREAS the Order dated May 2, 2022, directed the parties to file a joint status letter by May 23, 2022;

    WHEREAS the parties failed to file the status letter.  It is hereby

    **ORDERED** that the parties shall file a joint status letter as soon as possible but no later than **May 31, 2022**, at **noon**.

Dated: May 26, 2022
       New York, New York

                                                    **LORNA G. SCHOFIELD**
                                                 **UNITED STATES DISTRICT JUDGE**