

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York  10007*

January 13, 2023

**BY ECF**
The Honorable Lorna G. Schofield
United States District Judge
Southern District of New York
40 Foley Square
New York, NY 10007

Re:   *United States* v. *Daryl Campbell*, 17 Cr. 112 (LGS)

Dear Judge Schofield:

The parties respectfully submit this letter to inform the Court that the defendant's trial in state court is now scheduled for January 26, 2023. The parties therefore propose to update this Court by joint letter on January 27, 2023, if the defendant's trial does not commence as scheduled, and upon completion of the state trial if it commences as scheduled.

Respectfully submitted,

Damian Williams
United States Attorney

By:  ____/s/_____
Hagan Scotten
Assistant U. S. Attorney
(212) 637-2410

Daryl Campbell
Defendant

By:  ___/s/_____
Kenneth J. Montgomery, Esq.
Counsel for Daryl Campbell
(718) 403-9261

Application Granted.  The parties shall file a joint status letter on **January 27, 2023**.

Dated: January 13, 2023
New York, New York

_____
**LORNA G. SCHOFIELD**
**UNITED STATES DISTRICT JUDGE**