

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

---

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York  10007*

January 27, 2023

**BY ECF**
The Honorable Lorna G. Schofield
United States District Judge
Southern District of New York
40 Foley Square
New York, NY 10007

Re:   *United States* v. *Daryl Campbell*, 17 Cr. 112 (LGS)

Dear Judge Schofield:

   The parties respectfully submit this letter to inform the Court that jury selection in the defendant's trial in state court will begin on February 7, 2023. The parties therefore propose to update this Court by joint letter on March 7, 2023.

                             Respectfully submitted,

                             Damian Williams
                             United States Attorney

                     By:    ____/s/_____
                             Hagan Scotten
                             Assistant U. S. Attorney
                             (212) 637-2410

                             Daryl Campbell
                             Defendant

                     By:    ___/s/_____
                             Kenneth J. Montgomery, Esq.
                             Counsel for Daryl Campbell
                             (718) 403-9261