

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

---

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York  10007*

February 15, 2023

**BY ECF**
The Honorable Lorna G. Schofield
United States District Judge
Southern District of New York
40 Foley Square
New York, NY 10007

    Re:    *United States* v. *Daryl Campbell*, 17 Cr. 112 (LGS)

Dear Judge Schofield:

    The parties respectfully submit this letter to inform the Court that the defendant's trial in state court is underway. The parties therefore propose to update this Court by joint letter on March 1, 2023.

Respectfully submitted,

Damian Williams
United States Attorney

By:    ____/s/_____
Hagan Scotten
Assistant U. S. Attorney
(212) 637-2410

Daryl Campbell
Defendant

By:    ___/s/_____
Kenneth J. Montgomery, Esq.
Counsel for Daryl Campbell
(718) 403-9261

Application Granted.  The parties shall file a joint status letter on **March 1 2023**.

Dated: February 16, 2023
New York, New York

**LORNA G. SCHOFIELD**
**UNITED STATES DISTRICT JUDGE**