# LAW OFFICE OF KENNETH J. MONTGOMERY P.L.L.C.
## 198 ROGERS AVENUE
## BROOKLYN, NEW YORK 11225
## PH (718) 403-9261 FAX (347) 402-7103
### ken@kjmontgomerylaw.com

October 4, 2023

**BY ECF**

The Honorable Lorna G. Schofield
United States District Judge
Southern District of New York
40 Foley Square
New York, New York 11210

> Application Granted.  The sentencing currently scheduled for October 30, 2023, is adjourned to **February 6, 2024, at 11:00 a.m.**  Defendant's sentencing submission shall be filed by **January 16, 2024**.  The Government's sentencing submission shall be filed by **January 19, 2024**.  The Clerk of the Court is directed to terminate the letter motion at docket number 124.
>
> Dated: October 5, 2023
> New York, New York
>
> *[Signed]*
> **LORNA G. SCHOFIELD**
> **UNITED STATES DISTRICT JUDGE**

**RE: United States v. Daryl Campbell**
**Criminal Docket 17 CR 112 (LGS)**

Dear Judge Schofield:

   This letter is to request an adjournment of sentencing. My mother passed away unexpectedly, and I buried her this past Sunday. I am requesting a sentencing date during the second week of December if it pleases the Court. I spoke to the Government, and the Government consents to the adjournment.

   Thank you for your time and consideration in this matter.

   Respectfully,

   *Kenneth J. Montgomery*

   *Attorney for Daryl Campbell*
   198 Rogers Avenue
   Brooklyn, NY

11225

Brooklyn, New York 11225