UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------- X
                                                              :
   UNITED STATES OF AMERICA,                                  :
                                                              :
                                                              :  17 Cr. 112 (LGS)
             -against-                                        :
                                                              :  ORDER
   DARYL CAMPBELL,                                            :
                                       Defendant.             :
------------------------------------------------------------- X

LORNA G. SCHOFIELD, District Judge:

It is hereby **ORDERED** that the sentencing currently scheduled for June 17, 2024, at 11:00 A.M., is adjourned to **July 29, 2024, at 11:00 A.M.**

Dated: June 10, 2024
       New York, New York

**LORNA G. SCHOFIELD**
**UNITED STATES DISTRICT JUDGE**