# LAW OFFICE OF KENNETH J. MONTGOMERY P.L.L.C.
## 396 WAVERLY AVENUE
## BROOKLYN, NEW YORK 11238
## PH (718) 403-9261 FAX (347) 402-7103
### ken@kjmontgomerylaw.com

June 11, 2024

**BY ECF**
The Honorable Lorna G. Schofield
United States District Judge
Southern District of New York
40 Foley Square
New York, New York 11210

                                  RE: United States v. Daryl Campbell
                                     Criminal **Docket 17** CR 112 (LGS)

Dear Judge Schofield:

       I will be out of the country in July and start trial on August 5th. If it pleases the Court, I would ask that Mr. Campbell's sentencing be adjourned to any date other than September 9th.

       I have spoken to the Government and they have no objection to my request. Both the Defense and the Government sentencing submissions have been submitted and filed with the Court, additionally, my client Mr. Campbell consents to the matter being adjourned. Thank you for the Court's time and consideration in this matter.

Application Granted.  The sentencing currently scheduled for July 29, 2024, is adjourned to **September 10, 2024, at 11:00 a.m**.  The Clerk of the Court is directed to terminate the letter motion at docket number 133.

Dated: June 17, 2024
New York, New York

                                       Respectfully,
                                       *Kenneth J. Montgomery*

                                       *Attorney for Daryl Campbell*
                                       396 Waverly Avenue
                                       Brooklyn, NY 11238

                                     **LORNA G. SCHOFIELD**
                                     **UNITED STATES DISTRICT JUDGE**