# LAW OFFICE OF KENNETH J. MONTGOMERY P.L.L.C.
## 396 WAVERLY AVENUE
## BROOKLYN, NEW YORK 11238
## PH (718) 403-9261 FAX (347) 402-7103
### ken@kjmontgomerylaw.com

September 4, 2024

> Application Granted. The sentencing hearing currently scheduled for September 10, 2024, is adjourned to **November 4, 2024, at 11:00 a.m**. The Clerk of the Court is directed to terminate the letter motion at docket number 135.
>
> Dated: September 9, 2024
> New York, New York
>
> **LORNA G. SCHOFIELD**
> **UNITED STATES DISTRICT JUDGE**

**BY ECF**
The Honorable Lorna G. Schofield
United States District Judge
Southern District of New York
40 Foley Square
New York, New York 11210

RE: **United States v. Daryl Campbell**
Criminal **Docket 17** CR 112 (LGS)

Dear Judge Schofield:

    I am currently engaged in a trial in the Eastern District of New York in the matter of the United States v. John Pena before District Court Judge Donnelly. I conferred with the Government and they have no objection to sentencing being adjourned to the first week of November. I am requesting this date since I will be on trial in the Southern District of New York before Judge Karas on November 14th.

    My client Mr. Campbell consents to the matter being adjourned. Thank you for the Court's time and consideration in this matter.

Respectfully,

*Kenneth J. Montgomery*

*Attorney for Daryl Campbell*
396 Waverly Avenue
Brooklyn, NY 11238